427 A.2d 1208

Commonwealth v. Evans, Appellant.

Submitted April 12, 1979. Daniel R. Lovette, Assistant Public Defender, for appellant; Gerard Long, District Attorney, for Commonwealth, appellee.

Before PRICE, HESTER and MONTGOMERY, JJ.

Judgment of sentence affirmed.

427 A.2d 1208

Commonwealth v. Hawkins, Appellant.

Submitted June 29, 1979. Suber W. Lewis, for appellant; Kenneth Biehn, District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and WIEAND and LOUIK, JJ.*

Judgment of sentence affirmed.

* Judge Donald E. Wieand is sitting by special designation. Judge Maurice Louik, of the Court of Common Pleas of Allegheny County, Pennsylvania, is sitting by designation.